UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.  20-80 |
| VERSUS | SECTION "I" |
| LOIS RUSSELL<br>JOHN DIGGS | VIOLATION: 18 U.S.C. ' 371 |

### RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **FEBRUARY 15, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  December 5, 2022                                        CAROL MICHEL, CLERK

TO:                                                             Issued by:  Bridget Gregory, Deputy Clerk
Lois Russell     **(BOND)**
John Diggs       **(BOND)**                                    AUSA: Brian M. Klebba, Maria M. Carboni,
                                                                         Brandon Long, Edward J. Rivera

**Counsel for Lois Russell:**
Cynthia Marie Cimino                                           U.S. Marshal
365 Canal Street, Suite 1000                                   U.S. Probation Office
New Orleans, LA 70130                                          U.S. Probation Office - Pretrial Services Unit
Email: ccimino@brownelaw.com

**Counsel for John Diggs:**                                    **JUDGE**
Catherine Irvin Chavarri                                       **MAGISTRATE**
400 Poydras Street, Suite 1990
New Orleans, LA 70130                                          COURT REPORTER COORDINATOR
Email: chavarrijd@smclattorneys.com                            INTERPRETER:  **NONE**

**If you change address,
notify clerk of court
by phone, 589-7752**