UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-80 |
| VERSUS | SECTION "I" |
| LOIS RUSSELL | VIOLATION: 18 U.S.C. 371 |

## RE-NOTICE OF SENTENCING

Take Notice that this criminal case has been reset for **SENTENCING** on **APRIL 19, 2023** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

Date:  February 6, 2023

TO:
Lois Russell     **(BOND)**

**Counsel for Lois Russell:**
Cynthia Marie Cimino
365 Canal Street, Suite 1000
New Orleans, LA 70130
Email: ccimino@brownelaw.com

**If you change address, notify clerk of court by phone, 589-7752**

CAROL MICHEL, CLERK

Issued by:  Bridget Gregory, Deputy Clerk

AUSA: Brian M. Klebba, Maria M. Carboni, Brandon Long, Edward J. Rivera

U.S. Marshal
U.S. Probation Office
U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER:  **NONE**