UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-80 |
| VERSUS | SECTION "I" |
| LOIS RUSSELL | VIOLATION: 18 U.S.C. § 371 |

## NOTICE OF RESTITUTION HEARING

Take Notice that this criminal case has been set for **RESTITUTION HEARING** on **MAY 31, 2023,** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

**IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   April 19, 2023 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Lois Russell          **(BOND)** | AUSA: Brian M. Klebba, Maria M. Carboni,  Brandon Long, Edward J. Rivera |
| Counsel for Lois Russell:  Cynthia Marie Cimino  365 Canal Street, Suite 1000  New Orleans, LA 70130  Email: ccimino@brownelaw.com | U.S. Marshal  U.S. Probation Office  U.S. Probation Office - Pretrial Services Unit |
| | **JUDGE** |
| | **MAGISTRATE** |
| **If you change address, notify clerk of court by phone, 589-7752** | COURT REPORTER COORDINATOR  INTERPRETER:   NONE |