UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-80 |
| LOIS RUSSELL<br>JOHN DIGGS<br>BERNELL GALE | SECTION I |

## ORDER

Due to a conflict in this Court's calendar,

**IT IS ORDERED** that the restitution hearing, as to the above-captioned defendants, previously scheduled for May 31, 2023 at 2:00 p.m. is **CONTINUED** to **JUNE 7, 2023** at **2:00 P.M.**

New Orleans, Louisiana this 21st day of April, 2023

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**