UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   20-80 |
| VERSUS | SECTION "I" |
| LOIS RUSSELL<br>JOHN DIGGS<br>BERNELL GALE | VIOLATION: 18 U.S.C. § 371 |

### RE-NOTICE OF RESTITUTION HEARING

Take Notice that this criminal case has been set for **RESTITUTION HEARING** on **JUNE 7, 2023,** at **2:00 P.M.**, before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

  **\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   April 21, 2023 | CAROL MICHEL, CLERK |
| TO: | Issued by:   Bridget Gregory, Deputy Clerk |
| Lois Russell            **(BOND)**<br>John Diggs             **(CUSTODY)**<br>Bernell Gale           **(BOND)** | AUSA: Brian M. Klebba, Maria M. Carboni,<br>            Brandon Long, Edward J. Rivera |
| | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | **JUDGE**<br><br>**MAGISTRATE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER:   **NONE** |

20cr80 "I"
Page 2 of 2

**Counsel for Lois Russell:**
Cynthia Marie Cimino
365 Canal Street, Suite 1000
New Orleans, LA 70130
Email: ccimino@brownelaw.com

**Counsel for John Diggs:**
Catherine Irvin Chavarri
400 Poydras Street, Suite 1990
New Orleans, LA 70130
Email: chavarrijd@smclattorneys.com

**Counsel for Bernell Gale:**
D. Majeeda Snead
4911 Wright Rd.
New Orleans, LA 70128
Email: dmajsnead@aol.com