UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 20-80 |
| LOIS RUSSELL,<br>JOHN DIGGS,<br>BERNELL GALE | SECTION I |

## ORDER

Considering defendant Bernell Gale's ("Gale") unopposed motion[1] to continue the restitution hearing for Gale, Lois Russell, and John Diggs,

**IT IS ORDERED** that the motion is **GRANTED** and that the restitution hearing for the above-captioned defendants is **CONTINUED** to **MAY 24, 2023, at 2:00 P.M.**

New Orleans, Louisiana, April 25, 2023.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 612.