UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 20-80** |
| **JOHN DIGGS**<br>**LOIS RUSSELL** | **SECTION I** |

## ORDER

Considering the joint motion and stipulation[1] regarding the amount of restitution owed by the above-captioned defendants,

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Judgments[2] as to the above-captioned defendants be amended to reflect that restitution in the amount of $353,675.14 shall be due to Security National Insurance Company, the victim in the above-captioned matter.

**IT IS FURTHER ORDERED** that **JOHN DIGGS**, who is jointly and severally liable for the amount owed to Security National Insurance Company with co-defendants Lois Russell, James Williams, Tanya Givens, Joseph Brewton, Damien Labeaud, Roderick Hickman, and Danny Patrick Keating, shall make restitution to the above victim, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered all of the compensable injuries.

---

[1] R. Doc. No. 618.
[2] R. Doc. Nos. 539 (Diggs), 607 (Russell).

The payment is subject to increase or decrease, depending on the defendant's ability to pay. Any payment made that is not payment in full shall be divided proportionately among the victims. Payments shall be made payable to the Clerk, United States District Court, and are to be forwarded to the following address:

    U.S. CLERK'S OFFICE
    ATTN.: FINANCIAL SECTION
    500 POYDRAS STREET
    ROOM C151
    NEW ORLEANS, LOUISIANA 70130

The payment of restitution shall begin while the defendant is incarcerated. Upon release, any unpaid balance shall be paid at a rate of $250 per month

**IT IS FURTHER ORDERED** that **LOIS RUSSELL**, who is jointly and severally liable for the amount owed to Security National Insurance Company with co-defendants John Diggs, James Williams, Tanya Givens, Joseph Brewton, Damien Labeaud, Roderick Hickman, and Danny Patrick Keating, shall make restitution to the above victim, except that no further payment shall be required after the sum of the amounts actually paid by all defendants has fully covered all of the compensable injuries.

The payment is subject to increase or decrease, depending on the defendant's ability to pay. Any payment made that is not payment in full shall be divided proportionately among the victims. Payments shall be made payable to the Clerk, United States District Court, and are to be forwarded to the following address:

    U.S. CLERK'S OFFICE
    ATTN.: FINANCIAL SECTION
    500 POYDRAS STREET
    ROOM C151

NEW ORLEANS, LOUISIANA 70130

Restitution shall be paid in monthly installments of $250. The first installment shall be paid within 30 days of sentencing date.

**IT IS FURTHER ORDERED** that, as the parties have agreed as to the amount of restitution owed, a restitution hearing is no longer necessary and the hearing previously scheduled for May 24, 2023 is hereby **CANCELED** as to the above-captioned defendants.[3]

New Orleans, Louisiana, May 23, 2023.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[3] The Court will still hold the scheduled hearing as to the restitution owed by Bernell Gale, who has filed a motion challenging the restitution amount.